IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY MCGEEHEE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4277

Opinion filed March 7, 2016.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Tony McGeehee, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and RAY, JJ., CONCUR.